**Order entered June 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00217-CV

## TRU EXPLORATION, LLC, TRU EXPLORATION "CREATING TRU PARTNERS", LLC, TRENT TRUBENBACH AND DONNA BURTON, Appellants

### V.

## ENERGY EXPLORATION I, LLC AND ENERGY EXPLORATION II, LLC, Appellees

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-00031-2015**

## ORDER

This is an appeal from the trial court's order denying appellants' motion to stay litigation and compel arbitration. By letter filed April 20, 2015, appellees inform the Court they have agreed to arbitrate the claims at issue in the dispute between the parties. They contend that decision has rendered the appeal moot, and, as a result, they have not filed their responsive brief to appellant's brief on the merits. They further state they will submit, if the Court deems necessary, a motion to dismiss the appeal.

We construe appellees' letter as a motion to dismiss and **DENY** the motion. *See VE Corp. v. Ernst & Young*, 860 S.W.2d 83, 84 (Tex. 1993) (per curiam); *Halliburton Co. v. KBR,*

*Inc.*, 446 S.W.3d 551, 561 (Tex. App.—Houston [1st Dist.] 2014, no pet.).  We **ORDER** appellees to file their brief no later than July 30, 2015.


/s/      CRAIG STODDART
           JUSTICE